IN THE MATTER OF THE ESTATE OF JOSEPH J. VAN
VALEN.

*Mr. James A. Major* for the petitioner and cross-respondent.

*Mr. Milton T. Lasher* for the respondent and cross-petitioner.

September 21, 1959. Denied.

IN THE MATTER OF E. J. McGOVERN DAIRY PRODUCTS,
INC.

*Mr. Edward W. Currie* for the petitioner.

*Mr. David D. Furman* and *Mr. William L. Boyan* for the respondent.

September 21, 1959. Granted.